UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
MAY 30 2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| SHAYLENE MONTOYA, | * | CIV. 09-4156-RAL |
| Plaintiff, | * | |
| | * | VERDICT FORM |
| -vs- | * | |
| JUSTIN HOOPER, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We, the jury, duly impaneled in the above-entitled action and sworn to try the issues herein, hereby find as follows:

1. On Plaintiff Shaylene Montoya's claim against Defendant Justin Hooper, we find in favor of Defendant - _Justin Hooper_ (fill in either Plaintiff Shaylene Montoya or Defendant Justin Hooper).

If your answer to question 1 was "Defendant Justin Hooper," do not proceed to answer any further questions. Sign the Verdict Form and notify the bailiff. If your answer to question 1 was "Plaintiff Shaylene Montoya," then proceed to question 2.

2. We find Plaintiff Shaylene Montoya's compensatory damages to be:

   1. Medical expenses $_____

   2. Pain and suffering $_____

Dated this 30th of May, 2012.

_Brad Hartmann_
Foreperson