UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAY 30 2012


| | | |
|---|---|---|
| SHAYLENE MONTOYA, | * | CIV 09-4156-RAL |
| Plaintiff, | * | |
| vs. | * | JUDGMENT ON |
| | * | JURY VERDICT |
| JUSTIN HOOPER, | * | |
| Defendant. | * | |

Following the jury verdict on May 30, 2012, and consistent therewith, it is hereby

ORDERED that judgment for Defendant hereby enters under Rule 54 and Rule 58 of the Federal Rules of Civil Procedure.

Dated May 30, 2012.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE